## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF ILLINOIS

Richard Skrezyna,

Plaintiff(s),

v.

Swift Transporation Company of Arizona, LLC, et al.,

Defendant(s).

Case No.  17 C 1442
Judge  Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

       which ☐ includes          pre–judgment interest.
               ☐ does not include pre–judgment interest.

     Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

     Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

. 

     Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Judgment is entered in favor of Defendant Swift Transportation Company of Arizona, LLC., and Defendant Yeoshua Cohen, and against Plaintiff Richard Skrezyna.

---

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date:  4/10/2017             Thomas G. Bruton, Clerk of Court

                                    /s/ Jackie Deanes, Deputy Clerk