## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Richard Skrezyna

                                       Plaintiff,

v.                                          Case No.: 1:17–cv–01442

                                                        Honorable Gary Feinerman

Swift Transportation Company of Arizona, LLC, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 13, 2017:

        MINUTE entry before the Honorable Gary Feinerman:The parties have submitted a proposed order resolving this case. Plaintiff and Defendants have reached a settlement. The 4/10/2017 order and judgment [9] [10] are vacated. Pursuant to the settlement agreement, Plaintiff's claims against Defendants are dismissed with prejudice. All pending motions are denied as moot. Status hearing set for 9/26/2017 [25] is stricken. Civil case closed. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.